UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
DUREL JORDON BONILLA,                                    :
:
                 Petitioner,        :
:       20-cv-2483 (VSB)
      -against-                                         :
:       **ORDER**
DIRECTOR THOMAS DECKER, et al.,                          :
:
                 Respondents.      :
:
:
:
---------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 3/30/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On March 30, 2020, I held a hearing on Respondents' motion to transfer venue to the District of New Jersey. For the reasons stated on the record, it is hereby:

      ORDERED that Respondents' motion to transfer venue is GRANTED, and the case is transferred to the District of New Jersey;

      IT IS FURTHER ORDERED that the seven-day waiting period specified in Local Rule 83.1 is waived.

      The Clerk of Court is respectfully directed to close the motions at Documents 4 and 10, and to transfer the case forthwith to the District of New Jersey.

SO ORDERED.

Dated: March 30, 2020
       New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge